FILED
July 18, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOSHUA HOPOI,<br><br>        Defendant. | Case No. 2:18MJ00133-AC-2<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA HOPOI , Case No. 2:18MJ00133-AC-2 , Charge 18USC § 1708 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 18, 2018 at 2:00 pm .

                                              By /s/ Allison Claire/s/ Allison Claire
                                                     Allison Claire
                                                     United States Magistrate Judge

Copy 2 - Court